# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00604-CV

### In re Randall Crowder

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### O R D E R

**PER CURIAM**

In this mandamus proceeding, Relator Randall Crowder requests as emergency relief the temporary stay of the trial court's November 19, 2021 Amended Order on Defendant Crowder's Continued Contempt (Amended Order).

We grant the motion for emergency relief. To preserve the status quo while the Court considers the merits of the petition for writ of mandamus, the trial court's November 19, 2021 Amended Order is stayed, pending further order of this Court. During the pendency of this temporary stay, Relator is ORDERED (1) to maintain and not to destroy or relinquish possession of the electronic storage devices (business and personal) and data storage locations (business and personal) that are the subject of the Amended Order, and (2) to preserve and not to delete or obscure relevant data from those data storage devices and locations.

The real parties in interest shall have until December 10, 2021, to file a response to the petition for writ of mandamus. The real parties in interest may also request reconsideration of the emergency relief.

It is so ORDERED on November 24, 2021.

Before Chief Justice Byrne, Justices Triana, and Kelly